# Exhibit 1

9/9/19 1257p   CID 714-820-9947.  Missed call.
9/13/19 114p CID 714-820-9947.  Missed call.
10/15/19 1157a  CID 714-820-9947.  Missed call.
11/11/19 224p  CID 714-820-9947.  Missed call.  Mike asking if I had unsecured debt.  I played along and he tried to transfer the call but it was dropped.
11/13/19 142p  David asking if I had unsecured debt.  I played along and he tried to transfer the call but it was dropped.
11/19/19 255p   CID 714-820-9947.  Missed call
12/2/19 853a  CID 714-820-9947.  Missed call
12/16/19 101p   CID 714-820-9947.  Missed call

1/13/20  325p CID 209-947-7927.  Kevin pitching debt relief services.  I played along and he brought Edgar on the line who said he was with Accredited Debt Relief in La Jolla.  The call was dropped.

1/13/20 330p CID 310-953-3073.  VM from Edgar leaving the caller ID number as his direct line.

1/13/20 340p CID 310-953-3073 Missed call
1/22/20 1026a  CID 714-820-9947.   Kevin pitching debt relief services.  I played along and he tried to transfer the call but the call was dropped.

1/22/20 1038a CID 310-953-3073.  Missed call
 1/22/20 458p CID 310-953-3073.  Missed call
 2/4/20 651p CID 310-953-3073.  Missed call