Justin Prato Esq., SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, California 92123
Telephone: (619) 886-0252
JustinP@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCREDITED DEBT RELIEF, LLC<br><br>Defendants. | Case No.: 8:23-cv-01652-DOC-JDE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Pursuant to Federal Rule of Civil Procedures 41(a), Plaintiff Paul Sapan, by and through his counsel of record, hereby requests dismissal of this matter **with prejudice** as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. Defendant, ACCREDITED DEBT RELIEF, LLC, by and through its counsel of record, hereby stipulates to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

    **IT IS SO STIPULATED.**

DATED:  November 21, 2023            **PRATO & REICHMAN, APC**

<u>/s/Justin Prato, Esq.</u>
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,
PAUL SAPAN and the Proposed Class


DATED:  November 21, 2023            **CLARK HILL LLP**

<u>By: /s/ Maryam Danishwar</u>
Maryam Danishwar
Attorneys for Defendant
BEYOND FINANCE LLC d/b/a
ACCREDITED DEBT RELIEF

### Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)

I, Justin Prato, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

<u>/s/Justin Prato, Esq.</u>
By: Justin Prato, Esq.