JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACCREDITED DEBT RELIEF, LLC <br><br> Defendants. | Case No.: 8:23-cv-01652-DOC-JDE <br><br> **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

Pursuant to Federal Rule of Civil Procedures 41(a), Plaintiff Paul Sapan, by and through his counsel of record, hereby requests dismissal of this matter **with prejudice** as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims. Defendant, ACCREDITED DEBT RELIEF, LLC, by and through its counsel of record, hereby stipulates to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

**IT IS SO STIPULATED.**

DATED:  November 21, 2023     **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,

PAUL SAPAN and the Proposed Class

DATED:  November 21, 2023     **CLARK HILL LLP**

By: /s/ Maryam Danishwar
Maryam Danishwar
Attorneys for Defendant
BEYOND FINANCE LLC d/b/a
ACCREDITED DEBT RELIEF

IT IS SO ORDERED.

DATE: November 21, 2023

*[signature: David O. Carter]*

Honorable David O. Carter
United States District Judge